# GUARANTY TRUST COMPANY *v.* METROPOLITAN STREET RAILWAY COMPANY.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF NEW YORK.

No. 607. Motion to dismiss submitted November 8, 1909.—Decided November 15, 1909.

An appeal from the Circuit Court dismissed without opinion on the authority of previous decisions.

*Mr. Julien T. Davies, Mr. Brainard Tolles* and *Mr. John C. Spooner* for the appellant.

*Mr. Arthur H. Masten, Mr. Matthew C. Fleming, Mr. W. M. Chadbourne, Mr. Wm. M. Coleman, Mr. James Byrne* and *Mr. Frank H. Platt* for the appellees.

*Per Curiam.* Appeal dismissed for want of jurisdiction. *Carey* v. *Houston & Texas Central Railway Co.,* 150 U. S. 170; *In re Lennon,* 150 U. S. 393; *Cornell* v. *Green,* 163 U. S. 75; *Empire State-Idaho Mining & Developing Co.* v. *Hanley,* 205 U. S. 225; *Goodrich* v. *Ferris,* 214 U. S. 71; *Farrell* v. *O'Brien,* 199 U. S. 89; *Louisville Trust Co.* v. *Knott,* 191 U. S. 225; *United States* v. *Larkin,* 208 U. S. 333; *Atlantic Trust Co.* v. *Chapman, Receiver,* 208 U. S. 360; *Bien* v. *Robinson, Receiver,* 208 U. S. 423; *Delmar Jockey Club* v. *Missouri,* 210 U. S. 324; and see *In re Metropolitan Railway Receivership,* 208 U. S. 90; *Guaranty Trust Co.* v. *Metropolitan Street Ry.*

*Co.*, 166 Fed. Rep. 569; 168 Fed. Rep. 937; 170 Fed. Rep. 335; 170 Fed. Rep. 625; 170 Fed. Rep. 626; 171 Fed. Rep. 1014; 171 Fed. Rep. 1015; 171 Fed. Rep. 1019; *Morton Trust Co.* v. *Metropolitan Street Ry. Co.*, 170 Fed. Rep. 336; *Guaranty Trust Co.* v. *Second Ave. Ry. Co.*, 171 Fed. Rep. 1020; *Pennsylvania Steel Co.* v. *Metropolitan Street Ry. Co.*, 170 Fed. Rep. 623.